UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA A. CAPELL,

    Plaintiff,

v.                                        Case No. 8:19-cv-2474-T-60AAS

ANDREW SAUL, Commissioner,
Social Security Administration,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

       This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on September 9, 2020. (Doc. 18).   Judge Sansone recommends that the Commissioner of Social Security's decision be affirmed.   On September 23, 2020, Plaintiff filed an objection to the report and recommendation.   (Doc. 19).   On September 29, 2020, the Commissioner filed a response to the objection.   (Doc. 20).

       After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).   In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations.   28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection.   *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-

32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Sansone's detailed and well-reasoned factual findings and legal conclusions. The objection does not provide a basis for rejecting the report and recommendation. Consequently, the Commissioner's decision is affirmed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Sansone's report and recommendation (Doc. 18) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) The Commissioner's decision is **AFFIRMED**.

(2) The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 1st day of October, 2020.

 

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**